22



# IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 2:20-cv-13039
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 11-7-2020 At 02:01 PM
PRIS VONNELL REED V BARBARA LANNIN ET AL (SS)

VONNELL A. REED,

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Barbara Lannin + michael El-Zein + Jessica V. Currie Devon Schultz ← prosecutors → Craig Wininger David R. Grand (MJ), Steven Whalen (MJ) (MJ) Patti, Anthony P., Mrs. Victoria A. Roberts + Gershwin A. Drain. 5 Prosecutors + 5 Judges

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No 2:19: cr-20253

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☒ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: VONNELL A. REED

All other names by which you have been known: I have Relative Names RyMe With my NAme who ya'll thought WAS Me.

ID Number: #57449-039

Current Institution: MILAN Detention Center

Address: P.O. Box 1000
MILAN, MICh. 48160

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1: Judge David R. Grant #1

Name: prosecutors: Micheal EL-Zein, Barbara Lanning, Craig wining, Jessica V. Currie + Devon Schultz

Job or Title (if known): Judges: David R. Grant, Steven Whales, Anthony patti (mj)'s Victoria A. Roberts + Gershwin A. Drain

Shield Number:

Employer:

Address: Federal Court House 231 Lafayette Blvd. Det, MICh 48226 / United States Attorney's 211 W. Fort St. Suit 2001 Detroit, Mich. 48226

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Devon Schultz & Jessica V. Currie
Job or Title (if known): prosecutors
Shield Number: Same place
Employer: United States Attorney
Address: 211 W. Fort St. Suit 2001
Detroit, Mich. 48226

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Craig Wining & Micheal El-Zein
Job or Title (if known): prosecutors
Shield Number: Same place as others.
Employer: United States Attorney
Address: 211 W. Fort St Suit 2001
Detroit, Mich. 48226

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Judges: (MJ) Steven Whalen &
Job or Title (if known): (MJ) Anthony P. Patti
Shield Number:
Employer: Federal court House
Address: 231 Lafayette Blvd.
Detroit, Mich. 48226

☑ Individual capacity ☑ Official capacity



on the Back

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 5th, 6th, 8th + 14th For the 4th Amendment they the Federal Government + State official. Violated my Statutory Rights Rule 41, 9, 5.1, 5, 4.1, 4 + 3... From my 6th Amendment the State Violated my Statutory Rights Rule 44 + 55 A counsel must be present At All Stages. Do to my "Bills of Rights" of my 4th Amendment there was no Initial Probable cause Evidence + An Expired + Fraudulant Arrest warrant Involved... For the 1st, 8th + 14th Amendment Speak for self do to there was no due process Law provided As of today - I'm still in Jail without a bail Illegally.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Just my 4th - 5th + 14th

do to the fact their Arrest warrant is An expired + Fraudulent warrant do to it was Never Filed NOR Docketed... "(See attached: 4 pages)"

#1. The court clerk Never stamp their Time stamp on the warrant.

#2. the Judge NAME is not in the corrected place.

3. theirs another Judges NAME on my warrant which was Not my Judge on 4-16-19 But on 4-23-16.

4.) A Response by the court clerks that my warrant was not filed.

Warrant Docket

FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF MICHIGAN
613 Abbott St., 5th Floor
Detroit, MI 48226
*Telephone:* (313) 967-5542 • *Fax:* (313) 962-0685

[redacted]

MIRIAM L. SIEFER
*Executive Director*

FIRST ASSISTANT DEFENDER
*Richard M. Helfrick*

ASSISTANT DEFENDERS
*Rafael C. Villarruel*
*Richard J. O'Neill*
*Andrew Densemo*
*Jonathan M. Epstein*
*David C. Tholen*
*Stacey M. Studnicki*
*Andrew N. Wise*
*Penny R. Beardslee*
*Rhonda R. Brazile*
*Nancy L. McGunn*
*James R. Gerometta*
*Natasha Webster*
*Todd Shanker*
*Brandy Robinson*
*Benton Martin*
*Michael Carter*

FLINT OFFICE
(810) 232-3600

ASSISTANT DEFENDERS
*David A. Koelzer, Senior Litigator*
*Joan E. Morgan*
*Bryan J. Sherer*

RESEARCH ATTORNEYS
*Colleen Fitzharris*
*Fabián Renteria Franco*
*Casey Swanson*

May 1, 2019

Vonnell Reed
U.S. Marshals Lockup
Federal Courthouse
Detroit, MI 48226

Exh: 1

***RE:*** ***USA v Vonnell Reed***
***Case No. 19-30186*** ← No assigned Judge case number here Also

Dear Mr. Reed,

I have reviewed your docket and the arrest warrant has not been filed. I have requested a copy from the Government which I will provide to you once I receive it.

I am enclosing a copy of the Federal Sentencing Table and USSG 2K2.1 (Firearms) which is the guideline that will apply to your case.

At this point I do not have enough information to give any accurate estimate of your possible sentence range. However, based on the information in the Complaint, I believe your Offense Level would be 26 (Base controlled substance & crime of violence +24, stolen firearm +2). I believe your Criminal History Category will be at least III, the resulting sentence range would be 78-97 months. If your were Category VI the range would be 92-115. If you were Category V the range would be 110-137 months. If you were Category VI the range would be 120-150 months.

By me being charged with a State case issues - ES why the State "case #19-30186" is Documented on this Page.

Sincerely,

Federal Community Defender

David C. Tholen
Assistant Defender

Attached Evidence

AUSA: Devon Schulz Telephone: [redacted]

AO 442 (Rev. 11/11) Arrest Warrant Task Force Officer: Treva Eaton Telephone: [redacted]

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

VONNELL ALANDO REED

Case: 2:19-mj-30186
Assigned To : Unassigned
Assign. Date : 4/16/2019
Description: CMP USA V. REED (NA)

## ARREST WARRANT

Exh: 2

To: Any authorized law enforcement officer

"Attached Evidence"

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* VONNELL ALANDO REED

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Please see attached affidavit.

Judge NAME wrong place.

NO Court clerk time stamp / NOR NO State Seal ON It

Date: April 16, 2019

Treva E [signature] ← police Lady NAME wrong place Also.

*Issuing officer's signature*

City and state: Detroit, Michigan David R. Grand U.S. Magistrate Judge Treva E

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________ |
| Date: ________ ________ *Arresting officer's signature* |
| ________ *Printed name and title* |

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*

A Invalid Expired & Fraudulent Arrest Warrant.

6) The Date by (4-16-19 wrong) Judge Mrs. Robert (4-23-19 Right) case number at the very top of the warrant also fraudulent #6

Mrs Robert became my Judge on 4-23-19 not 4-16-19 →

7) They finally produced me a warrant 8-5-19 from 4-17-19 or 5-1-19 3/4 mths later with numerous of defects on it.

The case and charge should be dismiss under; These violations Acts:

#1) there's No proof of a serve (warrant) has been filed.

#2) ~~There's name~~ signature ~~where as a "Judge" suppose to sign his~~ name is in the wrong place

#3) there's 2 different case numbers on this warrant. Honorable Mrs. Robert, yo case # became my New case # on 4-23-19 at 3:16 p.

#4) there's No Signatures, Time, Dates NOR the charge in the "Return" Section, to be add to a Docket + where the person was arrested, is nothing stated.

There is [illegible] defective Issue raised for a dismissal under the [illegible] 4th, the 5th + [illegible]th due process Law. the State shall not deprive any person of Life, Liberty, or property without due process of Law. Legal proceeding → Also → designed for the protection of Rig[hts]

~~* #5) [illegible] "check" by/in a box by complaint instead [illegible] have be in the box by [illegible]~~

This warrant fail many awareness to uphold in any courts...im asking for a dismissal or Release on my law own recognizance

until Trial → Please, without any stimulation acts... + only,

~~[illegible]~~

→ Docket Sheet → Exhibit 2

**Complaints**

18:922G.F

No Case #'s

**Disposition**

**Plaintiff**

**United States of America**

"Attached Evidence"

represented by **Devon E. Schulz**
U.S. Attorney's Office
Major Crimes Unit
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-0248
Fax: 313-226-2372
Email: devon.schulz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

Exhi 3

NO Docket of No Arrest warrant Mentioned of My Arrest on 4/16/19 under No. 7

But My criminal complaint mentioned

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2019 No CASE # | 1 | COMPLAINT sworn before Magistrate Judge David R. Grand as to Vonnell Alando Reed (1). (NAhm) (Entered: 04/17/2019) |
| 04/17/2019 No 2 → missing No Case # | * | Minute Entry for proceedings before Magistrate Judge David R. Grand: Initial Appearance as to Vonnell Alando Reed held on 4/17/2019. **Detention Hearing set for 4/18/2019 01:00 PM** Disposition: Defendant temporarily detained. (Court Reporter: Darlene May) (Defendant Attorney: Andrew Densemo) (AUSA: Patrick Corbett) (EBut) (Entered: 04/17/2019) |
| 04/17/2019 No Case # | 3 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Vonnell Alando Reed. Signed by Magistrate Judge David R. Grand. (NAhm) (Entered: 04/17/2019) |
| 04/17/2019 No CASE # | 4 | ORDER SCHEDULING A DETENTION HEARING AND FOR TEMPORARY DETENTION as to Vonnell Alando Reed Signed by Magistrate Judge David R. Grand. (NAhm) (Entered: 04/18/2019) |
| 04/18/2019 No CASE # | 5 | NOTICE OF ATTORNEY APPEARANCE: David C. Tholen appearing for Vonnell Alando Reed (Tholen, David) (Entered: 04/18/2019) |
| 04/18/2019 No CASE # | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Detention Hearing as to Vonnell Alando Reed held on 4/18/2019, ( **Preliminary Examination set for 5/1/2019 01:00 PM**) Disposition: Defendant ordered detained. (Court Reporter: Darlene May) (Defendant Attorney: David Tholen) (AUSA: Devon Schulz) (EBut) (Entered: 04/18/2019) |
| 04/19/2019 No CASE # | 6 | ORDER OF DETENTION PENDING TRIAL as to Vonnell Alando Reed Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 04/19/2019) |

Mark no #2 for my arrest warrant sketch

UD-94 (2-89)

NO EXCUSE Originals

NO SEARCH WARRANT ISSUED #1

AUTHORITY: PA 59 1935
Compliance Voluntary

DETROIT POLICE REQUEST FOR WARRANT

No Finger Prints Mentioned

NO Writen Violation Citation Tickets

## INVESTIGATOR'S REPORT

[redacted]

Police Offense Number

19-CI-08-224

Prosecutor Case No.

DATE: 4/5/2019

| CUST | DEFENDANT NAME (Last, First, Middle) FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| Y | REED, VONNELL [redacted] | 53 | M | BLK | [redacted]/1966 | [redacted] |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Offense (To be filled in by Prosecutor)

| | | |
|---|---|---|
| Place of Offense: W. 7 MILE/FORRER | Date: 4/4/2019 11:10 PM | Date of Complaint: 4/4/2019 |

| Complainant's Name (Last, First, Middle) | Full Address: | Age | Sex | Race | Phone No. |
|---|---|---|---|---|---|
| CITY OF DETROIT | 21555 W MCNICHOLS | | | | (313) 596-5840 |

| Person to Sign (Last, First, Middle) | Reviewing Attorney and Bar No. |
|---|---|
| INFO & BELIEF | |

## DETAILS OF INVESTIGATION

GUN USED Y #KILLED/INJURED N

Exh: 4

**SUMMARY:** "Attached Evidence"

On April 4, 2019 at approximately 11:10 p.m., Police Officer Michael Reyes, badge 4905, Police Officer Gibron Lockhart, badge 1787, and Sergeant Harold Lewis, badge S-595 were wearing modified police uniforms and on routine patrol in a semi-marked scout car (code 173835). The crew were southbound on Greenfield at W. 7 Mile Rd when they observed a black 2005 Chevy Trailblazer, VIN [redacted] with no license plate at the interesection. The crew followed the aforementioned vehicle westbound on W. 7 Mile and initiated a traffic stop at W. 7 Mile/Forrer. As Officer Lockhart and Officer Reyes approached the vehicle, they both observed the defendant (Vonnell Reed) as the sole occupant of the vehicle throwing a suspected handgun into the back seat of the vehicle. Sergeant Lewis approached the defendant at the driver's side door and inquired if he

Sgt [signature] S-612 8PDU

Officer in Charge Badge Precinct/Bureau

Reviewed & Approved By:

Commanding Officer Precinct/Bureau

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The Prosecutor of defense acted under color by using a fraudulant expired arrest warrant to obtain capital gain which it is against the Law. Rule 1007... As for each Judges allowed it to take play / place. do to the fact they all had enough time to correct (deemed) this misinjustice, & fail to do so.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- Convicted and sentenced federal prisoner
- Other *(explain)* Illegally detained

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. It happen At 36th District Court Room outside of the Federal Court House. on 4-17-19. The Federal Government came & Arrested me upon their expired & fraudulent arrest warrant.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Again it happen At 36th District Court House. on 4-17-19, the federal Government came and Arrested me. with an expired & fraudulant arrest warrant.

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON 4-17-19 round About 10:00 to 11:00 AM

At 36th district Court House.

I Never actually Received Any Money Yet.

I'm just now filing for A claims.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The fact Remained i'm Illegally Incarceration under a fraudulant & expired Arrest Warrant by the federal Government on 4-17-19, & each prosecuted whomed i named are the ones who violated my constitutional Rights, & Judges over Looked this situation; which falls under discrimination act & Racial discrimination Act; which i can prove the Racial discrimination part.. through their Documents & continuing persueing the fact that that arrest warrant was a valid Document... & knowing Dam well it wasn't. All of it/medical manipulated by the federal prosecutor NEM, do too their position as being a prosecutor of the federal Government. Again; they misuse their profession upon Capatal Gain to enable, a person to gain weath & a browny point of showing they just nailed another X-convict. Well ain't that some sheit, because now their smelling like it... LMAO! :)

V. Injuries i've Put in Greivance 3 Time for All incident.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

i slipped + failed at Salinae county Jail + yes i went to the Hospital the Next day which was wrong upon their part. the clinic was in their Dam parking Lot. on 6/2019. something 1 was seen by 2 nurses. + they Knew my medical condition by being in a car accident. +

ON 7-12-19. At Milan Detention Center i also failed twice in Room 121 No Medical service was Not provide at all + they Knew my medical condition by being in a car accident 11-22-19 Milan Room 121 Had a bad leakage + Salinae had a Shower of 2 ft height NOT A STANDARD SHOWER

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

First formost, i would appreciate it if the courts can Compensate Me for My False Imprisonment + then for My Injuries Emotional Distress,

1. Nominal Damages
2. compesatory Damages
3. puntive Dames +

do to the Violation of my constitutional amendments Rights 1st 4th, 5th, 6th, 8th + 14th. i also like to file a law suit for an Administrative Remedy BP-8, BP-9, BP-10 + BP-11..



Biven civil action Please ↓ on the Back Please ↓

At Livingston count Jail
150 HigLander Way
Howell, Mich. 48843 i had AN ENcounter with
A Dentise who (medical) Malpractise ON My mouth ON
6-4-20 & CO Malek & Sgt Rosenburg & Sgt.
Knapp Refused me the cleanup cart to clean
my Room & the Living quarters / unit do to this
[redacted] the corono Virus
Virus [redacted]
Is at A All Time Hight which make me fell
they didn't give A Dam About my Life NOR the
Lives that was in their facility. — ON 8-24-20
i Also done A Greivance upon this act.

All these cases Arised do to Me Being Illegally in
Jail & in Harms way by this Expired Fraudulent Arrest
Warrant by the #1. Detroit Police Dptm.
#2. the Federal Government

All 3 Greivance was done ON A Kiosk Machine
At Livingston, Salenac & Milan County Jail
Facilities — So i need copies of each Printout copied. —

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☒ No Mistake

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

i was at Salinac County Jail & Livingston County Jail + now Milan Dentention Center All in Michigan State.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes I done A Grievance for All 3 Facilities

☐ No through their Kiosk machines of computers.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? #1 At Saline County Jail
#2 At Livingston County Jail
#3 At Milan Detention Center

Greivances by their Kiosk machines & computers.

2. What did you claim in your grievance? 1. Slip & Fall At Saline
2. Slip & Fall Twice At Milan
3. (medical) Malpractise by A Dentist At Livingston County Jail &
A Refusal of the cleanup card. upon this Corona Virus..

3. What was the result, if any? It was to ~~AK~~ No Avail.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

there was none do to i'm filing them Now.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I file 1, 2, + 3 of them base on Salinac, Milan + Livingston County Jails. (Failed) (Failed) (Medical Malpractice)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

1.) Lt. Pringle / Lt. Alias at Livingston county Jail
2.) Sgts Womens at Salinac County Jail + Deputy's who took me to the Hospital Clinic.
3.) Counsel Ms. Randsome + unit Staff manager at milan D.C.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

i was never seen by any Doctor's After livingston (County Jail) Dentise appointment to correct their mistake of Medical-Malpractice. As for "Milan Detention center" they Never followed up on my Slip + fall Neighter Just Swepted it under the Rug as usual. —

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________________

Defendant(s) ______________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

_______________________________________________

4. Name of Judge assigned to your case

_______________

5. Approximate date of filing lawsuit

_______________

6. Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _______________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_______________

_______________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-22-20, 20 20.

Signature of Plaintiff Vonnell A. Reed

Printed Name of Plaintiff Vonnell A. Reed

Prison Identification # #57449-039

Prison Address Milan Po. Box 1000

Milan Mich. 48160

City State Zip Code

Vonnell A. Reed #57449-039
Federal Detention Center
P. O. Box 1000
Milan, Mich. 48160

11-7-20

Metroplex MI

To: Court Clerks - Debrah Tayor
Mrs. Denise P. Hood "Chief Judge"
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Mich. 48226

To the Court clerk 5th floor

RECEIVED
NOV 1 3 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS