UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VONNELL A. REED,

    Plaintiff,

v.                                                  Case No. 20-13039

BARBARA LANNING, *et al.*,

    Defendants.
_____/

**JUDGMENT**

In accordance with the "Opinion and Order Denying Plaintiff's Request for a Hearing or Court Proceeding and Dismissing Plaintiff's Complaint" entered on January 26, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Barbara Lanning, Michael El-Zein, Jessica V. Currie, Davon Schultz, Craig Winer, Hon. David R. Grand, Hon. Steven Whalen, Hon. Anthony P. Patti, Hon. Victoria A. Roberts, and Hon. Gershwin A. Drain, and against Plaintiff Vonnell A. Reed. Dated at Port Huron, Michigan, January 26, 2021.

                                                            KINNIKIA ESSIX
                                                            CLERK OF THE COURT

                                                            By: <u>s/Lisa Wagner</u>
                                                               Lisa Wagner, Case Manager
                                                               to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13039.REED.Judgment.RMK.docx